■ IRINA IZHAK et al., Respondents, v NEW YORK CITY TRANSIT AUTHORITY, Appellant. [767 NYS2d 859]—In an action to recover damages for personal injuries, etc., the defendant appeals from an order of the Supreme Court, Kings County (M. Garson, J.), dated July 16, 2002, which denied its motion for summary judgment dismissing the complaint.

Ordered that the order is affirmed, with costs.

Contrary to the defendant's contention, there are triable issues of fact requiring the denial of summary judgment. Smith, J.P., Crane, Mastro and Rivera, JJ., concur.